# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEPHEN CHOATE,
Petitioner,
vs.
BRIAN WILLIAMS, WARDEN,
Respondent.

No. 77755

FILED

MAR 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING PETITION*

This petition was docketed in this court on December 28, 2018, without payment of the requisite filing fee. On that same day a notice was issued directing petitioner to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this petition. To date, petitioner has not paid the filing fee or otherwise responded to this court's notice. Accordingly, cause appearing, this petition is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: Elizabeth A B

cc: Stephen Choate
Attorney General/Carson City